■ JAMES RUMBUTIS, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 53057.)—Judgment, Court of Claims, entered June 20, 1975, affirmed, without costs. No opinion. Greenblott, J. P., Kane, Larkin, Mikoll and Herlihy, JJ., concur.